STANLEY A. GIZOWSKI, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 112634.) [891 NYS2d 301]— Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES H. POWLESS, Appellant. [891 NYS2d 301]— Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.

In the Matter of ARCELORMITTAL LACKAWANNA LLC et al., Respondents, v CITY OF LACKAWANNA, Respondent, and CITY OF LACKAWANNA SCHOOL DISTRICT, Intervenor-Respondent. COUNTY OF ERIE, Proposed Intervenor-Respondent-Appellant. [891 NYS2d 301]— Present—Hurlbutt, J.P., Centra, Fahey, Pine and Gorski, JJ.

In the Matter of MANUFACTURERS AND TRADERS TRUST COMPANY (Formerly MERCHANTS NATIONAL BANK AND TRUST COMPANY OF SYRACUSE), a Cotrustee of the DAVID SMALL TRUST under Agreement Dated December 28, 1938, Respondent-Appellant, to Resign as Trustee and for Approval of its Accounting. JOAN SMALL FANELLI et al., Individually and as Beneficiaries of the Trust of DAVID SMALL, Appellants-Respondents. JOAN SMALL FANELLI et al., Individually and as Beneficiaries of the Trust of DAVID SMALL, Appellants-Respondents, v M&T BANK CORPORATION, as Trustee of the Trust of DAVID SMALL, Respondent-Appellant. [891 NYS2d 301]— Present—Smith, J.P., Peradotto, Carni and Green, JJ.

In the Matter of MICHAEL MELENDEZ, Petitioner, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, Respondent. [891 NYS2d 301]— Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. HINTON, JR., Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT C. HINTON, JR., Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. (Appeal No. 2.) [891 NYS2d 301]— Present—Scudder, P.J., Peradotto, Carni and Gorski, JJ.

LEGACY DEVELOPMENT, Respondent, v VICTOR LIBERATORE et al., Appellants. [891 NYS2d 301]—